**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:                                                    CASE NO. 11-10108-KKS
                                                          CHAPTER 13
PETER DEL CASTILLO
JOANN DEL CASTILLO

_____Debtors._____/

**CHAPTER 13 TRUSTEE'S**
**WITHDRAWAL OF MOTION TO DISMISS**

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby withdraws her Motion to Dismiss as being moot.

**RESPECTFULLY SUBMITTED.**


                                /s/Leigh D. Hart or
                                /s/William J. Miller, Jr.
                                    OFFICE OF THE CHAPTER 13 TRUSTEE
                                    POST OFFICE BOX 646
                                    TALLAHASSEE, FL 32302
                                    ldhecf@earthlink.net
                                    (850) 681-2734 "Telephone"
                                    (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| PETER DEL CASTILLO<br>3731 NW 16TH PLACE<br>GAINESVILLE, FL 32605 | JOANN DEL CASTILLO<br>3731 NW 16TH PLACE<br>GAINESVILLE, FL 32605 |

AND

SHARON T. SPERLING, ESQUIRE
P.O. BOX 358000
GAINESVILLE, FL 32635-8000

on the same date as reflected on the Court's docket as the electronic filing date for this document.

          /s/Leigh D. Hart or
          /s/William J. Miller, Jr.
            OFFICE OF CHAPTER 13 TRUSTEE
5/4/2015