FORM orhdsch

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Gainesville Division

In Re: Peter Del Castillo  
    SSN/ITIN: xxx–xx–4480  
    Debtor  
Joann Del Castillo  
    SSN/ITIN: xxx–xx–4479  
    Joint Debtor  

Bankruptcy Case No.: 11–10108–KKS

Chapter: 13  
Judge: Karen K. Specie

*ORDER FIXING TIME FOR FILING*
*COMPLAINT UNDER 11 U.S.C. SECT. 523(a)(6)*

TO: ALL CREDITORS AND PARTIES IN INTEREST

IT IS HEREBY ORDERED AND NOTICE IS GIVEN THAT:

   The Debtor(s) has/have filed a motion for discharge without completing all payments required under the plan pursuant to 11 U.S.C. Sect. 1328(b). In accordance with Federal Rules of Bankruptcy Procedure 4007(d), you are notified that the deadline for filing a Complaint under Sect. 523(a)(6) is sixty (60) days from the date of this order. Failure to file such a complaint will result in discharge of such claims if the motion for discharge is granted.

   DONE AND ORDERED at Tallahassee, Florida, May 4, 2015 .

                                             /s/ Karen K. Specie  
                                             Karen K. Specie  
                                             U.S. Bankruptcy Judge

Service to:  
All Creditors and Parties in Interest